United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 9, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-41596
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARIA ISABEL MARTINEZ-TREVINO,
also known as Isabel Maria Martinez-Trevino,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:04-CR-1176-ALL
--------------------

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Maria Isabel Martinez-Trevino ("Martinez") appeals her

conviction and sentence for illegal reentry after a previous

deportation. She argues that the "felony" and "aggravated

felony" provisions of 8 U.S.C. § 1326(b)(1) and (2) are

unconstitutional in light of Apprendi v. New Jersey, 530 U.S. 466

(2000). Martinez raises an issue that she concedes is

foreclosed, but she seeks to preserve it for further review.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

This argument is foreclosed by <u>Almendarez-Torres v. United States</u>, 523 U.S. 224, 235 (1998). <u>Apprendi</u> did not overrule <u>Almendarez-Torres</u>. <u>See</u> <u>Apprendi</u>, 530 U.S. at 489-90; <u>see also</u> <u>United States v. Dabeit</u>, 231 F.3d 979, 984 (5th Cir. 2000). The Supreme Court's decisions in <u>Blakely v. Washington</u>, 124 S. Ct. 2531 (2004), and <u>United States v. Booker</u>, 125 S. Ct. 738 (2005), did not overrule <u>Almendarez-Torres</u>. <u>See</u> <u>Booker</u>, 125 S. Ct. at 756; <u>Blakely</u>, 124 S. Ct. at 2536-43. This court does not have the authority to overrule <u>Almendarez-Torres</u>. <u>See</u> <u>Dabeit</u>, 231 F.3d at 984. Accordingly, Martinez's conviction and sentence are AFFIRMED.